THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KWANELL FIELDS, Appellant. [955 NYS2d 522]

The defendant contends that the County Court erred in setting, without a hearing, the amount of restitution he was required to pay. However, since the defendant failed to request a restitution hearing and did not object to the amount of restitution he was required to pay, his present claim regarding the amount of restitution imposed is unpreserved for appellate review (*see People v Horne*, 97 NY2d 404, 414 n 3 [2002]; *People v Francis*, 82 AD3d 1263 [2011]; *People v Nelson*, 77 AD3d 973 [2010]; *People v Harris*, 72 AD3d 1110, 1112 [2010]), and we decline to review it in the exercise of our interest of justice jurisdiction. Dillon, J.P., Hall, Roman and Cohen, JJ., concur.